UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 14-322(1) (SRN/TNL) |
| **Plaintiff,** | |
| | **ORDER** |
| v. | |
| Marvin Spencer (1), | |
| **Defendant.** | |

Benjamin Bejar and Thomas M. Hollenhorst, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Paul Applebaum, Applebaum Law Firm, First National Bank Building, 332 Minnesota Street, Suite W1610, St. Paul, Minnesota 55105, for Defendant

SUSAN RICHARD NELSON, United States Magistrate Judge

The above matter comes before the Court on the Report and Recommendation of Magistrate Judge Tony N. Leung [Doc. No. 100] filed on April 14, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.[1] Based upon the Report and Recommendation of the magistrate judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

 1. Defendant's Motions to Suppress Statements [Doc. Nos. 34, 55, 67) are

---

[1] Defendant requested and received an extension of time in which to file objections. (See Pro Se Mot. [Doc. No. 120]; Order of 5/18/15 [Doc. No. 121].) While Defendant has submitted several pro se motions since the issuance of the Report and Recommendation, he has not filed objections.

2

   **DENIED**;

2. Defendant's Motion to Suppress Eyewitness Identifications [Doc. No. 35] is

   **DENIED AS MOOT**; and

3. The Report and Recommendation of April 14, 2015 [Doc. No. 100] is

   **ADOPTED.**


Dated: June 15, 2015

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge