UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | File No. 14-CR-322 (SRN/TNL) |
| **Plaintiff,** | |
| | **ORDER** |
| v. | |
| **Marvin Spencer,** | |
| **Defendant.** | |

Thomas Hollenhorst and Benjamin Behar, United States Attorney's Office, 300 South Fourth Street, Ste. 600, Minneapolis, MN 55415, for the Government

Marvin Spencer, Reg. No. 18164-041, Medical Center for Federal Prisoners, P.O. Box 4000, Springfield, MO 65801, Pro Se

SUSAN RICHARD NELSON, United States District Judge

Among the motions pending before the Court filed by Defendant Marvin Spencer are the "Pro Se Motion for Doc. '340'" [Doc. No. 357], and Pro Se Motion for Extension of Time to File Reply [Doc. No. 358].

In his motion for "Doc. 340," Mr. Spencer requests a copy of the Government's January 28, 2020 response to his § 2255 motion, [Doc. No. 340], which is granted.

In his motion for an extension of time, Mr. Spencer seeks additional time in which to reply to the Government's response in opposition to his Motion to Amend his § 2255 Motion, which was due on December 14, 2020. He states that he has been delayed due to the loss of his legal papers, and asks the Court to either order the return of the documents, or for the Court to "provid[e] the transcript[t]s need[ed] to reply." (Def.'s Mot. for Ext. at 2.) Mr.

CASE 0:14-cr-00322-SRN-TNL   Doc. 364   Filed 01/08/21   Page 2 of 2

Spencer's request for an extension is granted. His reply shall be filed by February 8, 2021. Because the Court is uncertain as to the documents that Mr. Spencer requests, the Clerk's Office shall provide him with a copy of the docket in his case. He may then request specific documents by docket number from the Clerk's Office.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant's Pro Se Request for Doc. 340 [Doc. No. 357] is **GRANTED**.

2. Defendant's Pro Se Motion for an Extension [Doc. No. 358] is **GRANTED**. Defendant's reply memorandum in support of his Pro Se Motion to Amend his § 2255 Motion shall be filed by February 8, 2021.

3. The Clerk's Office is directed to:

    a. Provide Mr. Spencer with a copy of the Government's Response in Opposition to Defendant's § 2255 Motion, found at Doc. No. 340; and

    b. Provide Mr. Spencer with a copy of the docket in this action.

Dated: January 8, 2021                              s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge

2